IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No.  06-cv-00769-EWN-BNB

ASSOCIATED RECOVERY SYSTEMS, INC.,

Plaintiff,

v.

JAMES WINDHORST, and
BARBARA WINDHORST,

Defendants and Third Party Plaintiffs,

v.

AETNA INSURANCE COMPANY,

Third Party Defendant.

_____

# ORDER
_____

I am informed that this case has been resolved.  Accordingly,

IT IS ORDERED that on or before **September 6, 2006**, the parties shall file a stipulation

or motion to dismiss with prejudice, pursuant to Fed. R. Civ. P. 41(a).

Dated August 23, 2006.

BY THE COURT:

 s/ Boyd N. Boland_____
United States Magistrate Judge