IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 06–cv–00769–EWN–BNB

ASSOCIATED RECOVERY SYSTEMS, INC.,

    Plaintiff,

v.

JAMES WINDHORST AND BARBARA WINDHORST,

    Defendants and Third Party Plaintiffs,

v.

AETNA INSURANCE COMPANY,

    Third Party Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER coming on to be heard pursuant to stipulation of the parties, and the Court being fully advised in the premises, finds as follows:

IT IS HEREBY ORDERED that Plaintiff's Complaint, Third-Party Plaintiffs' Complaint, and each claim for relief are dismissed with prejudice, each party to pay his, her or its own costs and attorneys' fees pursuant to Fed. R. Civ. P. 41(a)(1).

SO ORDERED this 15th day of November, 2006.

                                        BY THE COURT
                                        s/ Edward W. Nottingham
                                        United States District Judge